**Opinion issued May 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-01095-CV

_____

**MELISSA JOHNSON, Appellant**

**V.**

**JARED M. JOHNSON, Appellee**

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 24-DCV-314984**

## MEMORANDUM OPINION

On December 29, 2025, Appellant Melissa Johnson filed a notice of appeal from the trial court's October 3, 2025 Final Decree of Divorce. On January 12, 2026, Appellee Jared M. Johnson filed a notice of cross-appeal. On February 5, 2026, the Court abated this appeal and referred the parties to mediation.

On May 14, 2026, the parties filed a Joint Motion stating they have settled and requesting that this Court "set aside the existing final judgment without a decision on the merits and remand this matter to the trial court for entry of a Modified Final Decree of Divorce in accordance with the terms set out in the Binding Mediated Settlement Agreement signed by the parties on April 21, 2026." *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties further request "the Court to expedite issuance of the [m]andate in order to facilitate timely resolution in the trial court." *See* TEX. R. APP. P. 18.1(c) (authorizing court to issue mandate early "if the parties so agree, or for good cause on the motion of a party").

We reinstate the appeal on the Court's active docket and grant the parties' joint motion.

Pursuant to Rule of Appellate Procedure 42.1(a)(2)(B), we set aside the trial court's October 3, 2025 judgment without regard to the merits and remand to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *Id*.; *see also City of Pasadena v. Gardner*, No. 01-17-00178-CV, 2017 WL 2471106, at *1 (Tex. App.—Houston [1st Dist.] June 8, 2017, no pet.) (mem. op.). We direct the Clerk of this Court to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c).

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.